UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LORENZO MORENO,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>STATE OF NEVADA,<br><br>　　　　　　Defendant. | Case No. 3:24-cv-00017-CLB<br><br>**ORDER TO PAY FILING FEE OR FILE APLICATION TO PROCEED** *IN FORMA PAUPERIS* |

On January 9, 2024, Plaintiff Lorenzo Moreno ("Moreno") submitted a civil rights complaint under 42 U.S.C. § 1983. (ECF No. 1-1). Moreno has neither paid the full $405 filing fee for this matter nor filed an application to proceed *in forma pauperis*.

Under Local Rule LSR 1-1, a person who is unable to prepay the fees in a civil case may apply to the Court for leave to proceed *in forma pauperis*. The application must be made on the form provided by the Court and must include a financial affidavit disclosing the applicant's income, assets, expenses, and liabilities.

Accordingly, **IT IS ORDERED** that the Clerk of the Court shall **SEND** Moreno the approved form application to proceed *in forma pauperis* by a non-inmate.

**IT IS FURTHER ORDERED** that on or before **Monday, March 11, 2024**, Moreno will either: **(1)** pay the full $405 filing fee for a civil action (which includes the $350 filing fee and the $55 administrative fee); or **(2)** file with the Court a completed Application to Proceed *in Forma Pauperis* for Non-Inmate on this Court's approved form, along with a completed and signed financial affidavit. Failure to do so will result in a recommendation to the District Court to dismiss the action.

The Court will retain Moreno's civil rights complaint, (ECF No. 1-1), but will not file it unless and until Moreno timely complies with this order.

**DATED**: January 9, 2024.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**